UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PRIME PROPERTY & CASUALTY INSURANCE :
INC.,                                                                :
                                                                     :
                          Plaintiff,                                 :      20 Civ. 5737 (JPC)
                                                                     :
          -v-                                                        :      ORDER
                                                                     :
                                                                     :
ELANTRA LOGISTICS INC. *et al.*,                                     :
                                                                     :
                          Defendants.                                :
                                                                     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

This action arises out of "a certain motor vehicle collision . . . in Brooklyn, New York," Dkt. 1 ¶ 1, and therefore venue is proper in the Eastern District of New York pursuant to 28 U.S.C. § 1391(b)(2). Per the appearing parties' joint request, the Court transfers this action to that District pursuant to 28 U.S.C. § 1404(a). *See* Dkts. 115, 116. The Clerk of Court is respectfully directed to effectuate the transfer. The Initial Pretrial Conference previously scheduled for January 19, 2022 is adjourned *sine die*.

SO ORDERED.

Dated: January 12, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge